# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CLIFTON BANCORP INC., PAUL M. AGUGGIA, STEPHEN ADZIMA, JOHN H. PETO, CHARLES J. PIVIROTTO, CYNTHIA SISCO, JOSEPH C. SMITH and KEARNY FINANCIAL CORP., <br><br> Defendants. | Civil Action No.: 18-02273 (SDW)(CLW) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 9, 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800

**LITE DePALMA GREENBERG, LLC**

By: */s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

So Ordered
this 12th day of March 2018

Susan D. Wigenton, U.S.D.J.